**1208-14**

# ELECTRONIC RECORD

COA # __04-10-00798-CR__ OFFENSE: __CAPITAL MURDER__

STYLE: __KEITH DWAYNE EVANS V.__
__THE STATE OF TEXAS__ COUNTY: __BEXAR__

COA DISPOSITION: __AFFIRMED__ TRIAL COURT: __226TH DISTRICT COURT__

DATE: __03/14/12__ Publish: __NO__ TC CASE #: __2009CR11014A__

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: __KEITH DWAYNE EVANS V.__
__THE STATE OF TEXAS__ CCA #: __1208-14__

__PRO SE__ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

__REFUSED__

DATE: __02/25/2015__

JUDGE: __Per Curiam__

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____ PC: _____

PUBLISH: _____ DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____